IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02430-WYD-KLM

BRIAN WHITEMAN; and
SYLVIA WHITEMAN,

Plaintiffs,

v.

EL PASO CRIMINAL JUSTICE CENTER;
EL PASO COUNTY SHERIFF'S OFFICE;
EL PASO COUNTY; and
JOHN DOES 1-3, whose true names and [identities] are unknown,

Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate December 9, 2010 Scheduling Conference and Request to Reschedule the Conference** [Docket No. 8; Filed December 1, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Conference set for December 9, 2010 at 10:30 a.m. is **vacated** and **RESET** to **December 13, 2010 at 10:00 a.m.** in Courtroom C-204, Byron G. Rogers United States Courthouse.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **December 8, 2010**.

IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **December 8, 2010**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

Courtroom **C-204** is located on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.  The parties are reminded that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:  December 3, 2010