IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02430-WYD-KLM

BRIAN WHITEMAN, and
SYLVIA WHITEMAN,

    Plaintiffs,

v.

EL PASO CRIMINAL JUSTICE CENTER,
EL PASO COUNTY SHERIFF'S OFFICE,
EL PASO COUNTY, and
JOHN DOES 1-3, whose true names and [identities] are unknown,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Leave to File Third Amended Complaint to Allege Compliance with the 180 Day Notice Requirement of the Colorado Government Immunity Act (CGIA)** [Docket No. ; Filed February 1, 2011] (the "Motion"). Plaintiffs have failed to comply with D.C.COLO.LCivR 7.1A., which provides as follows: "The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter." Counsel for Plaintiffs failed to certify in the Motion that he conferred or made reasonable, good faith efforts to confer with counsel for Defendants to ascertain Defendants' position on the relief requested in the Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    Dated: February 7, 2011