IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02430-WYD-KLM

BRIAN WHITEMAN, and
SYLVIA WHITEMAN,

    Plaintiffs,

v.

EL PASO CRIMINAL JUSTICE CENTER,
EL PASO COUNTY SHERIFF'S OFFICE,
EL PASO COUNTY, and
JOHN DOES 1-3, whose true names and [identities] are unknown,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Third Amended Complaint to Allege Compliance with the 180 Day Notice Requirement of the Colorado Government Immunity Act (CGIA)** [Docket No. 30; Filed March 4, 2011] (the "Motion").  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Third Amended Complaint [Docket No. 30-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the Third Amended Complaint on or before **March 21, 2011**.

    Dated: March 7, 2011