IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02430-WYD-KLM

BRIAN WHITEMAN; and
SYLVIA WHITEMAN,

    Plaintiffs,

v.

EL PASO CRIMINAL JUSTICE CENTER;
EL PASO COUNTY SHERIFF'S OFFICE;
EL PASO COUNTY; and
JOHN DOES 1-3, whose true names and identifies [identities] are unknown,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on a review of the case. On December 8, 2010, the County Defendants' Motion to Dismiss Complaint (Doc. No. 1) Pursuant to Fed.R.Civ.P. 8(a) and 12(b)(1) and 12(b)(6) was filed. This motion was filed in reference to the original complaint. On March 7, 2011, Magistrate Judge Mix permitted the filing of the Third Amended Complaint.[1]

    In light of the filing of the Third Amended Complaint, the County Defendants' Motion to Dismiss relating to the earlier complaint is **DENIED AS MOOT**. Defendants may, if they wish, file a new motion to dismiss that addresses the allegations of the Third Amended Complaint. In such motion, Defendants may refer the Court back to the original motion to dismiss as to arguments made therein that are still viable. Such motions, if filed, shall be filed not later than twenty days from the date of this Order.

    Dated: March 7, 2011

---

[1] The complaint in actuality appears to be the second complaint filed in the case.