IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02430-WYD-KLM

BRIAN WHITEMAN, and
SYLVIA WHITEMAN,

    Plaintiffs,

v.

EL PASO CRIMINAL JUSTICE CENTER,
EL PASO COUNTY SHERIFF'S OFFICE,
EL PASO COUNTY, and
JOHN DOES 1-3, whose true names and [identities] are unknown,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Modify Scheduling Order** [Docket No. 37; Filed March 21, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the deadline for the completion of discovery is extended to **April 29, 2011**.

    IT IS FURTHER **ORDERED** that the deadline for filing dispositive motions is extended to **May 31, 2011**.

    Dated:  March 21, 2011