IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02430-WYD-KLM

BRIAN WHITEMAN,

    Plaintiff,

v.

JOHN DOE 1, whose true name and identity is unknown,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    John Doe's Motion for Summary Judgment filed August 1, 2011 (ECF No. 55) is **STRICKEN** as it exceeds the page limits stated in Section II.E.1 of my Practice Standards.  The only section of a summary judgment motion that is excluded from the page limits is that which should be entitled "Movant's Statement of Material Facts" per Sections III.B.2 and 3 of my Standards.  The motion exceeds the page limits even when that section of Defendant's brief, which is essential four pages and is not properly titled, is excluded.  Defendant John Doe may refile the Motion for Summary Judgment in compliance with my Practice Standards within ten days of the date of this Order.

    Dated:  August 8, 2011