IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02430-WYD-KLM

BRIAN WHITEMAN, and
SYLVIA WHITEMAN,

    Plaintiffs,

v.

JOHN DOE 1, whose true name and identity is unknown,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.  On July 27, 2011 Plaintiffs filed a **Motion to Modify Scheduling Order and Amend Third Amended Complaint to Reflect the True Identity of John Doe #1** [Docket No. 54] (the "Motion").  Plaintiffs represent that the Motion is opposed.

    IT IS HEREBY **ORDERED** that Defendant shall respond to the Motion on or before **August 19, 2011**.

    IT IS FURTHER **ORDERED** that Plaintiffs may file a reply to Defendant's response on or before **August 26, 2011**.

    Dated:  August 9, 2011