IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02430-WYD-KLM

BRIAN WHITEMAN,

    Plaintiff,

v.

JOHN DOE 1, whose true name and identity is unknown,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss filed August 31, 2011.  The motion seeks a dismissal of the case with prejudice.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss (ECF No. 64) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

Dated:  August 31, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge